UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 08 B 18394
   JOHN A GRIGLIONE
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-4945
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/17/08 and confirmed on 11/06/08.

2. The case was converted to Chapter 7 after confirmation, 12/19/2008.

3. The Debtor paid a total of $ 10420.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONWIDE ADVANTAGE MTG | CURRENT MORTG | 7377.21 | .00 | 7377.21 |
| NATIONWIDE ADVANTAGE MTG | MORTGAGE ARRE | 13123.78 | .00 | .00 |
| CITIZENS BANK | SECURED VEHIC | 10139.90 | .00 | 1301.08 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| STERLING INC | SECURED | 1186.00 | .00 | 1186.00 |
| TWIN OAKS SAVINGS BK | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 31826.89 | .00 | .00 | .00 | 31826.89 |
| PRINCIPAL PAID | 9864.29 | .00 | .00 | .00 | 9864.29 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 9864.29 | .00 | .00 | .00 | 9864.29 |

The Debtor's attorney, GARY R GARRETSON        , was allowed $   2500.00 and was paid $   2500.00   direct and $        .00   through the plan.

The Trustee received $    555.71 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/18/09                              /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 08 B 18394 JOHN A GRIGLIONE